MATILDA L. DUPEE, Appellant, *v.* TRAVELERS INSURANCE COMPANY OF HARTFORD, Respondent.

Argued May 26, 1938; decided July 7, 1938.

*Alfred L. Weiss, Sidney U. Cohn* and *Alexander Kopp* for appellant.

*William A. Roe, Louis P. Galli* and *William J. Moran* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.